AO 91 (Rev. 11/11) Criminal Complaint

| AUSA: | Nhan Ho | Telephone: | (313) 226-9632 |
| Inspector: | Brian K. Rakes II | Telephone: | (313) 226-8208 |

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

United States of America
v.
D1 - Michael Lamar Smith-Ellis
D2 - Terrance Tucker

Case No.

Case: 2:23−mj−30435
Assigned To : Unassigned
Assign. Date : 10/26/2023
Description: RE: MICHAEL LAMAR SMITH−ELLIS, TERRANCE TUCKER (EOB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 25, 2023 and October 24, 2023  in the county of  Wayne  in the  Eastern  District of  Michigan , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy |
| 18 U.S.C. § 2114 | Robbery or Theft of Mail, Money, or Property of the U.S. |
| 18 U.S.C. § 111(b) | Aggravated Assault on Federal Employee |
| 18 U.S.C. § 924(c) | Use of a Firearm during and in relation to a Crime of Violence |
| 18 U.S.C. § 1704 | Key or Locks Stolen or Reproduced |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Brian K. Rakes II, United States Postal Inspector
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  October 26, 2023

_Judge's signature_

City and state:  Detroit, MI

Hon. David R. Grand, U.S. Magistrate Judge
_Printed name and title_

# AFFIDAVIT

I, Brian K. Rakes II, further known as your affiant, being duly sworn as a Federal Law Enforcement Officer, hereby depose and state as follows:

1. I am a Postal Inspector with the United States Postal Inspection Service (USPIS)[1] assigned to the Financial Crimes Team – Detroit Division Headquarters in Detroit, Michigan. I have been so employed since September 2023. Prior to becoming a U.S. Postal Inspector, I was a Special Agent with the Naval Criminal Investigative Service for 8 years. I have investigated violations of federal laws, including violent crimes and controlled substances offenses. I have also participated in counterterrorism investigations. During my career, I have been trained in and have executed warrants involving searches and seizures of residences, vehicles, and persons.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all the information known to law enforcement related to this matter.

---

[1] The USPIS is the federal agency charged with investigating violations of criminal and civil statutes related to the United States Postal Service (USPS).

## PURPOSE OF AFFIDAVIT

3. This affidavit is made in support of a criminal complaint against Michael Lamar SMITH-ELLIS (XX/XX/1993) and Terrance TUCKER (XX/XX/1991) for violations of 18 U.S.C. § 371 (Conspiracy), 18 U.S.C. § 2114 (Robbery or Theft of Mail, Money, or Property of the U.S.), 18 U.S.C § 111(b) (Aggravated Assault on Federal Employee), 18 U.S.C. § 924(c) (Use of a Firearm during and in relation to a Crime of Violence), and 18 U.S.C. § 1704 (Keys or Locks Stolen or Reproduced).

## PROBABLE CAUSE

### A.   September 25, 2023 Robbery

4. On September 25, 2023, Taylor Police Department informed USPIS that at approximately 11:35 am (Eastern Standard Time), a USPS letter carrier, herein referred to as Victim 1, was robbed at gun point near the mailboxes located in the Courtyards Apartment Complex in Taylor, MI 48180. Taylor Police Department had worked with USPIS on a previous robbery that had occurred on September 1, 2023 in the same area, during which another mail carrier was robbed of an arrow key.

5. An arrow key is a designed key made by the USPS. These keys are used for USPS mail carriers to access collection boxes, apartment mailbox panels, cluster box units, etc. An arrow key is a property of the United States. Based on my training and experience, thieves use arrow keys to access postal mailboxes to steal

2

mail, including checks, credit cards, identification, etc. in mass for further fraudulent use.

6. According to Victim 1, when she was placing mails in the cluster mailboxes, two unknown male assailants approached her. One of the men said, "Don't Scream, Bitch," and had a Glock-style gun. Victim 1 was unsure what the other individual's weapon was, but stated it was black in color. Victim 1 stated the individuals tried to rip her keys, including an arrow key, off her loop and she gave it to them. Victim 1 described the robbers as 5'6'', African American, thinner build and younger. They were wearing all black with black masks.

7. Victim 1 stated the individuals ran back to a black pickup truck, described as possibly a newer Ford or Dodge, full size, with no cover on the bed. Victim 1 observed the truck head westbound to Spring Village Blvd. and then head south towards Leroy Road.

8. Law enforcement proceeded to the office of the complex to review video footage of the incident.[2] Based on the video footage, a black pick-up truck entered Courtyards Apartment Complex shortly before the robbery from the entrance off Eureka Rd with the license plate removed. The truck then drove by the mailboxes where Victim 1 was distributing mails at 11:33 AM. The truck was then observed driving by the mailboxes, turning around in the parking lot, and then

---

[2] It should be noted that all times referenced are from the camera and not necessarily verified time.

3

stopping in front of the boxes at 11:34 AM. At 11:35 AM, the driver's side rear passenger exited the truck with what appeared to be a Draco assault pistol platform, followed by the driver, who had a pistol. (See Image 1). The two suspects ran to the carrier, at which time they stole her keys, including the mail arrow key. After the robbery, they ran back to the truck and were observed heading westbound. They were then observed heading south on Spring Valley Blvd. and then west on Leroy Rd.

**Image 1**



9.      As observed in the video footage, the robbers' vehicle is a black Dodge Ram 2024 model year truck, with several distinctive characteristics, including:

- A towing hitch, but no connector on it;
- Black wheels with very distinctive black rims;
- Tinted back windows (passengers and rear)

4

- Sliding rear window;

- No cover or cab on back of truck;

- Hood scoop; and

- Running boards that come out when doors open (which is observed in the video of the robbery).

10. Taylor police also recovered a video that showed the truck on a gas station camera system headed north on Inkster Rd.

11. Law enforcement then conducted a search on the Flock system utilizing the following parameters:

- One hour before and after the robbery

- Geographical perimeter of the city of Taylor, MI

- Black Dodge Ram Pickup trucks

12. A vehicle that met this criterion was observed by a Flock Camera at 10:50:40 AM at Beech Daly and Northline Rd. in Taylor, nearby where the robbery occurred. (See Image 2.)

**Image 2**



13.     This truck observed on Flock Camera near the robbery is a black Dodge Ram 2024 model year and has the same distinctive characteristics as the suspect truck observed from the apartment's surveillance video, including:

- A towing hitch, but no connector on it;

- Black wheels with very distinctive black rims;

- Tinted back windows (passengers and rear);

- Sliding rear window;

- No cover or cab on back of truck;

6

- Hood scoop; and

- Running boards that come out when doors open (in this still it is observed that they are under the truck while in motion).

14. Below is a side-by-side comparison of the truck used by robbers (on the right) and the truck observed on Flock Camera near the robbery (on the left):



15. The truck seen at Beech Daly and Northline Rd. on Flock Camera had an Ohio Plate of PLT3234. Querying the license plate in law enforcement database, law enforcement found that this vehicle is registered to Avis Car Rental and is a 2024 Dodge Ram pickup truck.

16. According to Avis, this vehicle was rented by SMITH-ELLIS on September 21, 2023, and due to be returned on September 29, 2023, using the address XXXXX Winthrop St., Detroit, MI (the "Winthrop Address") and the phone number 313-544-XXXX ("the Rental Phone").

17. On September 25, 2023, Taylor Police Department submitted an exigent request form to T-Mobile, based on the violence of the crime committed

7

against a federal employee, the surveillance footage located in the area of the suspect vehicle, and the renter's information provided by Avis. T-Mobile provided Taylor police with subscriber information, history call data, and data session information. The subscriber information confirmed that SMITH-ELLIS is the subscriber of the Rental Phone.

18. On September 26, 2023, USPIS conducted surveillance at the Winthrop Address and observed a truck that was backed into the driveway, which matched the robbers' truck as observed in the video surveillance footage and described by Victim 1.

19. On September 27, 2023, USPIS spoke with a source of information ("SOI"), who stated that they had seen a reward poster related to the US Postal Carrier robbery and had knowledge of the incident.[3]

20. According to the SOI, a crew of two or three individuals were robbing mailboxes at night with the key that had been stolen in the first Taylor robbery that occurred on September 1, 2023. According to the SOI, that key had been lost or thrown away, and that was why these individuals conducted another armed robbery on September 25, 2023. The SOI was adamant that SMITH-ELLIS was not

---

[3] The SOI was unwilling to provide their name to USPIS when providing information. However, USPIS was able to determine the identity of SOI based on distinctive personal characteristics and the vehicle they drove to the interview. SOI is known in the community to have a criminal history, including drug crimes.

8

involved in the September 1 robbery, but he had been using that key to open mailboxes.

21. According to the SOI, SMITH-ELLIS is in the aforementioned crew and is an Amazon flex driver. Per the SOI, SMITH-ELLIS would rob the mailboxes in the late night/early morning hours while delivering for Amazon. A contact at Amazon confirmed that SMITH-ELLIS is an active driver for their company.

22. The SOI confirmed that SMITH-ELLIS was the renter of the suspect truck and lives at the Winthrop Address. The SOI stated that they have been at this address and seen piles of IDs, mail, and goods SMITH-ELLIS and the others have purchased with the stolen credit cards/checks. The SOI also confirmed that SMITH-ELLIS has the guns that were visible in the reward poster.

23. The SOI refused to provide further information unless USPIS provided him with the reward money.

24. A check on the Secretary of State records revealed that the Winthrop Address is the address listed on SMITH-ELLIS's driver license. SMITH-ELLIS is also a younger African American male with slim build, matching the description of the robbers given by Victim 1.

25. A Michigan weapons registry search revealed that SMITH-ELLIS has three weapons registered to him, two of which — a Draco-style rifle and the Glock handgun — match Victim 1's description of the robbers' weapons.

### B.     October 24, 2023 Robbery

26.     On October 24, 2023, another United States Postal mail carrier, herein referred to as Victim 2, was robbed at gun point in Northville, MI. Victim 2 indicated that she drove to Northville Place Drive to deliver mail. As Victim 2 was filing the mailboxes, two black males, dressed in all black with their faces covered by masks, approached her. One of the individuals carried a black handgun and pointed it closely at Victim 2's stomach, telling her, "Don't move." The same individual then said to Victim 2, "Where's the key, give me the key, if not I will hurt you." Victim 2 reached in her pockets for her keys and the same subject stated, "give me the arrow key," to which Victim 2 complied.

27.     According to Victim 2, the robbers subsequently fled the area in a gray, newer model, mid-sized Hyundai. Based on this information, Northville Police issued a BOLO ("Be On the Look Out") for this type of vehicle.

28.     Around that time, two Postal Inspectors and a Livonia Police Department ("LPD") Detective were on a different operation in an unmarked vehicle in Livonia, nearby where the robbery occurred.[4] The officers were alerted of the robbery, along with the description of the robbers and their vehicle, via the BOLO police radio transmission. Within approximately 10 minutes of the BOLO being issued, the officers encountered a vehicle matching the description of the robbers' vehicle (gray, newer model, mid-sized Hyundai), traveling at a high rate

---

[4]     The robbery occurred just west of the Livonia City limits.

of speed in the area of I-96 and Levan Road. They followed the vehicle and identified it as a Hyundai Tucson bearing Kansas license plate R006773, with two black male occupants.

29. As the officers followed the vehicle in question, it slowed down substantially below the speed limit. The vehicle also made several lane changes without utilizing a turn signal. The LPD Detective then radioed the Livonia Dispatch for law enforcement checks on the plate of the vehicle, and it came back with no information, which suggested violations of Michigan laws (e.g., false plates or improper registration). Consequently, the LPD Detective requested assistance from marked police vehicles to conduct a traffic stop. At around the same time, an LPD marked police vehicle was traveling in the far-right lane of I-96, approaching the suspect vehicle, and the vehicle in question again slowed down substantially.

30. Subsequently, LPD conducted a traffic stop of the vehicle in question in the area of east I-96 and Middlebelt. The officers detained the occupants, who were later identified as SMITH-ELLIS (the driver) and TUCKER (the passenger). The officers observed, in plain view through the windows of the vehicle:

- A black handgun and what appeared to be a black face covering in the front seats' cup holder;
- A Draco style firearm on the floor behind the passenger seat; and
- Black clothing in the rear seat.

SMITH-ELLIS and TUCKER were then arrested.

31. Inquiry into the gray Hyundai Tucson bearing Kansas license plate R006773 revealed that it is a rental vehicle registered to Avis Car Rental. According to Avis, SMITH-ELLIS rented the vehicle on October 18, 2023, using the Winthrop Address on the rental agreement.

32. On October 24, 2023, United States Magistrate Judge Elizabeth A. Stafford authorized a warrant to search the gray Hyundai Tucson, which had been transported to the Northville Township Police Department. When law enforcement executed the search warrant, they found:

- One black Glock 19 9mm handgun;
- One Arsenal Model SEM 7K 7.62mm firearm, which fits the description of a Draco-styled firearm;
- Two sets of gloves, two black zip up jackets, two black balaclava masks, and two black jogger sweatpants;
- A USPS key ring with one USPS Arrow Key;
- Several credit cards in the names of people other than SMITH-ELLIS or TUCKER; and
- An unopened DTE envelope addressed to an individual that was not SMITH-ELLIS or TUCKER.

## **CONCLUSION**

33. Based on the foregoing, there is probable cause to believe that SMITH-ELLIS and TUCKER were involved in the armed robbery of a US mail letter carrier in violation of 18 U.S.C. § 371 (Conspiracy), 18 U.S.C. § 2114 (Robbery or Theft of Mail, Money, or Property of the U.S.), 18 U.S.C § 111(b) (Aggravated Assault on Federal Employee), 18 U.S.C. § 924(c) (Use of a Firearm during and in relation to a Crime of Violence), and 18 U.S.C. § 1704 (Keys or Locks Stolen or Reproduced) on September 25 and October 24, 2023, in in the Eastern Judicial District of Michigan.

Respectfully Submitted,

_____
Brian K. Rakes II, Postal Inspector
U. S. Postal Inspection Service

Sworn to before me and signed in my presence
and/or by reliable electronic means

_____
Hon. David R. Grand
United States Magistrate Judge

Dated: October 26, 2023

13